IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. JACOBSEN and ALISE MALIKYAR,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA and DOES 1–20,<br><br>  Defendants. | No. C 10-05369 WHA<br><br>**ORDER RE FILING OF MOTION TO DISMISS** |

A case management conference was held on March 8, 2011. Defendant shall file a motion to dismiss by **MARCH 17, 2011**. Pending the outcome of that motion, no other case management dates will be set.

**IT IS SO ORDERED.**

Dated: March 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE